# IN THE SUPREME COURT OF THE STATE OF NEVADA

WESTBOURNE CAPITAL, LLC; ROCK BAY, LLC; SLOANE PARK, LLC; VIZCAYA INVESTMENTS, LLC; AND OPPSREO, LLC,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE MARK R. DENTON, DISTRICT JUDGE,
Respondents,
    and
REDWOOD RECOVERY SERVICES, LLC; AND ELEVENHOME LIMITED,
Real Parties in Interest.

No. 71986





JAN 1 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original petition for a writ of mandamus or prohibition challenging various pretrial district court orders. Having considered the petition, we are not persuaded that petitioners have met their burden to demonstrate that our extraordinary and discretionary intervention is warranted. NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v.*

17-01217

*Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991); NRAP 21(b)(1). Accordingly, we

ORDER the petition DENIED.[1]

_____ , J.
Douglas

_____ , J.
Gibbons

_____ , J.
Pickering

cc:    Hon. Mark R. Denton, District Judge
       Johnson & Gubler, P.C.
       Jolley Urga Wirth Woodbury & Little
       Eighth District Court Clerk

---

[1]Petitioners' motion for stay is denied as moot.